# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tuite, Christopher P. | U.S. District Court for the Middle District of Florida | 09/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

801 N. Florida Avenue
Tampa, FL 33602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Clerk and Executive Committee Member | Criminal Inn of Court, Tampa Chapter |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Women's Care Florida (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tuite, Christopher P. | 09/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Berkeley Preparatory School | Tuition | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tuite, Christopher P. | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK (WHOLE) | B | Dividend | L | T | | | | | |
| 3. NASSAU LIFE INSURANCE POLICY (WHOLE) (X) | A | Interest | L | T | | | | | |
| 4. CONESCO LIFE INSURANCE POLICY (WHOLE) (X) | | None | | | Sold | 06/28/19 | J | | |
| 5. AGIRA INVESTMENT LLC | | None | J | U | | | | | |
| 6. 35-01 BELL BLVD. REALTY CORP. (1/3 interest) | E | Distribution | N | S | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. AMERICAN BALANCED FUND CLASS C (BALCX) | A | Dividend | | | Sold | 08/12/19 | J | | |
| 9. AMERICAN BALANCED FUND CLASS F (AMBFX) | B | Dividend | K | T | Buy | 08/12/19 | K | | |
| 10. BLACKROCK HEALTH SCIENCES OPPORTUNITIES FUND CLASS C (SHSCX) | | None | | | Sold | 08/12/19 | J | | |
| 11. BLACKROCK EQUITY DIVIDEND FUND CL C (MCDVX) | D | Dividend | | | Sold | 08/12/19 | L | | |
| 12. EUROPACIFIC GROWTH FUND CLASS C (AEPCX) | | None | | | Sold | 08/12/19 | K | | |
| 13. FIDELITY ADVISOR MID CAP II FUND CLASS C (FIICX) | A | Dividend | | | Sold | 08/12/19 | J | | |
| 14. FIDELITY ADVISOR NEW INSIGHTS FUND CLASS C (FNICX) | A | Dividend | | | Sold | 08/12/19 | L | | |
| 15. INTERNATIONAL GROWTH AND INCOME FUND CLASS C (IGICX) | A | Dividend | | | Sold | 08/12/19 | J | | |
| 16. PIMCO INCOME FUND INSTITUTIONAL CLASS N (PIMIX) | A | Dividend | K | T | Buy | 08/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tuite, Christopher P. | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. PIMCO INVESTMENT GRADE CORPORATE BOND FUND CLASS C (PBDCX) | A | Dividend | | | Sold | 08/12/19 | K | | |
| 18. PIMCO INCOME FUND CLASS C (PONCX) | B | Dividend | | | Sold | 08/12/19 | K | | |
| 19. PIMCO SMALL CAP STOCKS PLUS AR STRATEGY FUND CL C (PCKCX) | A | Dividend | | | Sold | 08/12/19 | K | | |
| 20. PIMCO STOCKSPLUS SMALL FUND INSTITUTIONAL CLASS (PSCSX) | A | Dividend | J | T | Buy | 08/12/19 | J | | |
| 21. ISHARES CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | K | T | Buy | 08/14/19 | K | | |
| 22. VANGUARD ADMIRAL FDS INC S&P MIDCAP 400 INDEX (IVOO) | A | Dividend | K | T | Buy | 08/14/19 | K | | |
| 23. VANGUARD BD INDEX FDS VANGUARD SHORT TERM BD (BSV) | A | Dividend | K | T | Buy | 08/14/19 | K | | |
| 24. VANGUARD INDEX FDS S&P 500 ETF (VOO) | A | Dividend | L | T | Buy | 08/14/19 | L | | |
| 25. IRA #2 (H) | | | | | | | | | |
| 26. VANGUARD INTER-TERM BOND INDEX INV (VBIIV) (X) | A | Dividend | K | T | | | | | |
| 27. VANGUARD WELLESLEY INCOME FUND INV (VWINX) (X) | A | Dividend | J | T | | | | | |
| 28. VANGUARD TARGET RETIREMENT 2030 (VTHRX) (X) | A | Dividend | K | T | | | | | |
| 29. VANGUARD WINDSOR II FUND INV (VWNFX) (X) | A | Dividend | J | T | | | | | |
| 30. VANGUARD MID-CAP INDEX FUND INV (VIMSX) (X) | A | Dividend | J | T | | | | | |
| 31. OAK FD INV CL (OAKMX) (X) | B | Dividend | K | T | | | | | |
| 32. VANGUARD MID-CAP VALUE INDEX INV (VMVIX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tuite, Christopher P. | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 34. HCI GROUP INC COM (HCI) | B | Dividend | L | T | | | | | |
| 35. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 36. HCI GROUP INC COM (HCI) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5: The 2018-2019 assessed value of the property as a whole is $1,289,000; the value code for our 1/3 interest is reflected in Column C(1).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher P. Tuite**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544